L. B. J. FOREMAN, W. E. FOREMAN AND STANLEY W. LONG-MIRE, *Plaintiffs in Error,* v. EARLIE ABBOTT, *Defendant in Error.*

En Banc.

Decision Filed May 14, 1928.

*Burket & Fish, F. W. Dart, O. K. Reaves* and *King & Barringer,* for Petitioners;

*E. B. Drumright* and *Randolph Calhoun,* for Respondent.

PER CURIAM.—This case now comes to this Court on petition of plaintiffs in error to be given permission to apply

to the sound discretion of the judge of the Circuit Court of the Twenty-seventh Judicial Circuit praying that a writ of error *coram nobis* issue in the cause. Having considered the petition, it is the judgment of this Court that the same should be denied upon authority of the opinion in the case of Washington v. State, 92 Fla. 730; 110 Sou. 259, and it is so ordered.

Denied.

ELLIS, C. J., AND WHITFIELD, TERRELL, STRUM, BROWN AND BUFORD, J. J., concur.